This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40078

**NEW MEXICO HUMAN SERVICES
DEPARTMENT and DIANA LEVARIO,**

Petitioners-Appellees,

v.

**CARLOS CABALLERO,**

Respondent,

**IN RE DEAN E. BORDER,**

Attorney-Appellant

**APPEAL FROM THE DISTRICT COURT OF CIBOLA COUNTY
Amanda Sanchez Villalobos, District Judge**

Brian Arthur Collopy
Los Lunas, NM

for Appellee New Mexico Human Services Department

Western Agricultural, Resource and Business Advocates, LLC
A. Blair Dunn
Albuquerque, NM

for Appellee Diana Levario

Border Law Office
Dean E. Border
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**KRISTINA BOGARDUS, Judge**